COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE: MARIA MENDOZA,


 Relator.


§


 


§


 


§


 


§


 


§


 


 § 




 


No. 08-10-00360-CV


AN ORIGINAL PROCEEDING IN


MANDAMUS


MEMORANDUM OPINION


 Pending before the Court is a joint motion to dismiss this original proceeding. The motion
is granted, and the proceeding is dismissed. The previously filed motion to dismiss for lack of
subject matter jurisdiction is denied.


 GUADALUPE RIVERA, Justice

March 9, 2011


Before Chew, C.J., McClure, and Rivera, JJ.